DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANTHONY SCOTT BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-1062

_____

September 24, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Pinellas County; Nancy Moate Ley, Judge.

PER CURIAM.

    Affirmed.

SLEET, ATKINSON, and STARGEL, JJ., Concur.

_____

Opinion subject to revision prior to official publication.